UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| Julius Bradford, | Case No. 2:20-cv-00871-APG-BNW |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Steve Sisolak, et al., | |
| Defendants. | |

Plaintiff is a pro se inmate. He initiated this lawsuit by filing an application to proceed *in forma pauperis* (IFP) and a complaint. ECF No. 1. After filing his IFP application, he moved to withdraw it and pay the filing fee. ECF No. 6. The Court granted this motion, and Plaintiff subsequently paid the filing fee. ECF Nos. 7, 9. Accordingly, the Court will order the Clerk of Court to detach and separately file Plaintiff's complaint.

Plaintiff also filed two motions, which the Court will address in turn.

First, Plaintiff filed a motion for clarification. ECF No. 3. In this motion, Plaintiff asks several questions related to filing evidence with the Court and how to give defendants notice of this evidence. The Court cannot provide litigants with legal advice. However, Plaintiff is encouraged to visit the Self-Help section of the Court's website, which can be found at https://www.nvd.uscourts.gov/self-help/. This website provides links to the Federal Rules and Local Rules, as well information about representing one's self.

Second, Plaintiff filed a motion to split ECF No. 4 into five separate documents. ECF No. 5. Plaintiff indicates that ECF No. 4 includes a motion, memorandum of law, declaration, exhibit, and notice of exhibit. *Id.* at 2. Plaintiff is concerned that litigants, including himself, will not be able to easily reference the documents because each document is numbered one through however many pages the document has. *Id.* at 2-3. In other others, there are multiple "page twos," "pages threes," etc. in ECF No. 4.

The Court understands Plaintiff's concern. However, the Court numbers each page when any document is filed. Accordingly, ECF No. 4 is numbered 1-84. This should alleviate Plaintiff's concerns. Additionally, the Court will order the Clerk of Court to send Plaintiff a copy of ECF No. 4 so he can reference these page numbers as needed.

IT IS THEREFORE ORDERED that the Clerk of Court must detach and separately file Plaintiff's complaint (ECF No. 1-1).

IT IS FURTHER ORDERED that Plaintiff's motion for clarification (ECF No. 3) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's motion to retract document (ECF No. 5) is DENIED.

IT IS FURTHER ORDERED that the Clerk of Court must send Plaintiff a copy of ECF No. 4, along with a copy of this order.

DATED: October 28, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE