1  Julius Bradford
2  High Desert State Prison
3  P.O. Box 650
4  Indian Springs, NV 89070
5  NDOC # 81604
6
7                 United States District Court
8                      District Of Nevada
9
10 Julius Bradford,
11        Plaintiff,              Case No. 2:20-cv-00871-APG-BNW
12    vs.
13 Steve Sisolak, et al.,         Motion For Leave To File Amended Complaint
14        Defendants.             And To Forego Using Standard Civil Rights Form
15
16         Motion For Leave To File Amended Complaint
17         And To Forego Using Standard Civil Rights Form
18
19     Comes Now, the Plaintiff, Julius Bradford, appearing in Pro Se, and hereby
20 moves this Honorable Court to allow Plaintiff to file the attached proposed
21 Amended Complaint and to also forego using the standard Civil Rights
22 Complaint Form provided to inmates bringing claims pursuant to
23 42 U.S.C. §1983 in this Court.
24     This Motion is made pursuant to LR 15-1 and FRCP 15(a)(2),
25 and is based upon the points and authorities included in
26 support hereof.
27                  Points And Authorities
28     1. Amending My Original Complaint

(1)

1  Both LR 15-1 and FRCP 15(a) allow for a litigant to seek
2  leave to file an amended Complaint. The filing of the attached
3  proposed Amended Complaint will not prejudice any of
4  the Defendants because they have not been served in this
5  action yet.
6       Further, the filing of the attached proposed Amended
7  Complaint at this time, before the Court enters its screening
8  order, saves time for the opposing parties insofar as they
9  will not be forced to begin responding to the original Complaint
10 and then have to respond to an Amended Complaint.
11    2. Foregoing Usage Of Standard Civil Rights Complaint Form
12      FRCP 4 provides that this Court may administer the Local
13 Rules in any way which ultimately secures the just, speedy, and
14 inexpensive determination of every action and proceeding.
15    a. Section 1983 Claims Are Ancillary
16      The primary purpose of this action is to challenge the
17 constitutionality of Senate Bill No. 2 (1957); 1957 Statutes of
18 Nevada, Chapter 2; NRS 220.170; and its progeny, the codified
19 Nevada Revised Statutes. All of the other claims derive from
20 the enforcement, protection, and concealment of their infirmities
21 and injurious nature. In short, this is foremost an action brought
22 pursuant to 28 U.S.C. § 2201.
23    b. Substantive Due Process Claims
24      Even prisoners who pay the filing fee upfront are subject to have
25 their Complaints "screened" when suing government officials/employees.
26 This puts us on somewhat unequal footing insofar as not having
27 an opportunity to be heard before certain claims are dismissed
28 sua sponte, in contrast to being able to respond to a motion under

(2)

FRCP 12(b)(6). In order to properly proffer "historical, textual, or controlling precedential support" for the due process rights asserted in the proposed Amended Complaint, it's necessary for me to file a more traditional Complaint rather than be constricted in trying to adhere to the standard form's legal argument/citation prohibition. See e.g., Washington v. Glucksberg, 521 US 702, at 720-722 (1997); Carlisle v. United States, 517 US 416, at 429 (1996).

C. Ashcroft v. Iqbal

While NOT having any national security implications as was the case in Ashcroft v. Iqbal, 556 US 662 (2009), this action does seek damages against officials at the highest-levels of state and local government in Nevada.

Further, the intricacies involved in the concealment and obfuscation alleged here in this action require a more detailed pleading in order to properly set the issues before this Court.

## Conclusion

For the foregoing reasons this Court should grant the Motion in all respects.

Dated: 10-26-20

Respectfully Submitted,

Julius Bradford

---

**IT IS ORDERED that ECF No. 12 is GRANTED.**

**IT IS FURTHER ORDERED that the Clerk of Court shall detach and separately file Plaintiff's Amended Complaint.**

**IT IS SO ORDERED**

**DATED:** 4:16 pm, October 30, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

IT IS SO ORDERED:

United States District Judge

Dated: _____

(3)