# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIUS BRADFORD,<br><br>    Plaintiff<br><br>v.<br><br>STEVE SISOLAK, et al.,<br><br>    Defendants | Case No.: 2:20-cv-00871-APG-BNW<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 39] |

    I ORDER that plaintiff Julius Bradford's motion for extension of time to file Objections to the Magistrate Judge's Order **(ECF No. 39) is GRANTED**. Plaintiff Julius Bradford shall have through June 14, 2021 to file objections to the Magistrate Judge's order (ECF No. 38).

    DATED this 25th day of May, 2021.

                                                        ANDREW P. GORDON
                                                        UNITED STATES DISTRICT JUDGE