UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIUS BRADFORD,<br><br>       Plaintiff<br><br>v.<br><br>STEVE SISOLAK, et al.,<br><br>       Defendants | Case No.: 2:20-cv-00871-APG-BNW<br><br>**Order Affirming Magistrate Judge's Order Dismissing Complaint Without Prejudice**<br><br>[ECF No. 42] |

  On May 14, 2021, Magistrate Judge Weksler issued a screening order under 28 U.S.C. § 1915A(a) in which she dismissed plaintiff Julius Bradford's complaint without prejudice. ECF No. 38. Judge Weksler found, among other things, that Bradford lacked standing to bring his claims because he had not sufficiently alleged an injury. *Id.* at 1. Bradford objects to Judge Weksler's order. ECF No. 42.

  I have conducted a *de novo* review of the objection, Judge Weksler's order, and the underlying papers. Judge Weksler's order sets forth the proper legal analyses and factual bases for her recommendation. I therefore adopt Judge Weksler's order as my own with one modification: Judge Weksler dismissed Bradford's second claim, a procedural due process claim, in part because she found the complaint failed to articulate a plausible procedural due process claim. ECF No. 38 at 8-9. To the extent the complaint alleges a procedural due process claim in regard to a legislative action, I do not adopt Judge Weksler's finding that Bradford failed to articulate this claim. However, I agree with Judge Weksler that Bradford failed to allege facts in his complaint to plausibly support standing to bring this claim, so this claim is dismissed with leave to amend. *Id.* at 8.

I THEREFORE ORDER that Magistrate Judge Weksler's order **(ECF No. 38) is AFFIRMED** as modified above, and plaintiff Julius Bradford's objection **(ECF No. 42) is OVERRULED**. Bradford has until **April 11, 2022** to file an amended complaint, if facts exist to do so. I direct Mr. Bradford to pages 21-23 of Judge Weksler's order (ECF No. 38) for instructions on what to include in an amended complaint, particularly the instruction that his amended complaint must contain all factual allegations that he wishes to pursue in this lawsuit.

DATED this 11th day of March, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE