1 Julius Bradford
2 HDSP; P.O. Box 650
3 Indian Springs, NV 89070
4 NDOC #81604
5
6                United States District Court
7                     District Of Nevada
8
9 Julius Bradford,           Case No. 2:20-cv-00871-APG-BNW
10         Plaintiff,
11     vs.
12 Steve Sisolak, et al.,     Motion For Extension Of Time
13         Defendants.        To File An Amended Complaint
14
15           Motion For Extension Of Time To
16              File An Amended Complaint
17
18     Comes Now, the Plaintiff, Julius Bradford, appearing in Pro Se, and
19 hereby moves this Honorable Court for a sixty (60) day
20 extension, up to and including June 10, 2022, in which to file
21 an amended complaint as ordered by this Court. ECF No. 49.
22     The claims presented in my complaint are complex, and
23 made moreso by my own inexperience. But I aim to severely
24 curtail the excess legal arguments and put together an amended
25 complaint in accord with the instructions given by Magistrate
26 Judge Weksler, and pointedly directed towards by this Court.
27 This is my first request for an extension of time in regards to
28 this Court's Order, and it is not made for dilatory purposes.

(1)

1. FRCP 6(b) allows, for good cause shown, for this Court to grant
2. extensions of time in permissible circumstances. Plaintiff needs the additional
3. time to ensure that the pleading that I eventually submit to this Court meets
4. all required standards and sufficiently presents my claims for relief.
5. Dated: 3-30-22

Respectfully Submitted,

*Julius Bradford*

**ORDER**
**IT IS SO ORDERED**

**DATED:** 5:30 pm, April 19, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

(2)