Julius Bradford
HDSP; P.O. Box 650
Indian Springs, NV 89070
NDOC #81604

FILED ___ RECEIVED ___
ENTERED ___ SERVED ON ___
COUNSEL/PARTIES OF RECORD
JUN 10 2022
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

United States District Court
District Of Nevada

Julius Bradford,
  Plaintiff,
vs.
Steve Sisolak, et al.,
  Defendants.

Case No. 2:20-cv-00871-ART-BNW

Motion For Extension Of Time
To File An Amended Complaint
(Second Request)

Motion For Extension Of Time To File
An Amended Complaint (2nd Request)

Comes Now, the Plaintiff, Julius Bradford, appearing in Pro Se, and hereby moves this Honorable Court for a fourteen (14) day extension, up to and including June 24, 2022, in which to file an amended complaint as ordered by this Court. ECF No. 49. This is my second request for an extension of time in regards to this Court's order, and it is not made for dilatory purposes. ECF Nos. 50, 53.

My proposed amended complaint is roughly 85% finished, so barring any other unforeseeable circumstances, I am confident that I will have it submitted to this Court within the time requested.

The need for the requested extension comes from an unexpected change in the way an in-person discovery meeting between myself, the State, and my

1  stand-by counsel is scheduled to take place in my state-court capital
2  proceedings (Case No. 09-C250928).
3      1. The state-court, and the parties, are awaiting the outcome of this
4  meeting to determine the preparation time needed for me so that a date
5  can be set for a jury trial.
6      2. For the last eight months the plan and purpose was for myself
7  and the State to sit next to each with our computers to ascertain what
8  discovery I have not received and/or needs to be provided to me in a more
9  accessible format.[1]
10     3. There have been scheduling conflicts with the State and my stand-by
11 counsel so this meeting has "been in the works" for almost eight months.
12     4. At my last court hearing on May 19, 2022 I found out that the
13 meeting was scheduled for tomorrow June 8, 2022.
14     5. Shortly after, I found out that there was a mishap with the
15 scheduling so there was no provision made for me to have access to
16 my discovery discs/computer setup during the meeting.
17     6. Instead of starting over with having to find a new date/time,
18 I have worked during that time to catalog/index what discovery is on
19 the discs. It has taken up a lot of my time and set me back a
20 little in regards to other litigation.
21     7. Although I did not come anywhere close to finishing cata-
22 loging the discovery documents, I believe there is sufficient time
23 between now and the next status check on June 16, 2022 to finish
24 the bulk of the remaining work on my proposed amended complaint
25 in this case, to have it submitted on or before June 24, 2022.
26     8. I declare under penalty of perjury that the foregoing
27 [1] The colloquy between the parties and the court regarding this plan is presumed to
28 be shown in the court minutes for Case No. 09-C250928 for almost every hearing beginning Oct. 2021.

is true and correct. EXECUTED: 6-7-2022

Julius Bradford

## Conclusion

For the foregoing reasons I respectfully pray this Court grant the requested extension for good cause shown pursuant to FRCP 6(b)(1).

Dated: 6-7-22

Respectfully Submitted,

Julius Bradford

## Certificate Of Mailing

On June 7, 2022 I deposited the foregoing Motion into the prison's mail system, with First-Class postage prepaid (Forever Stamp attached to envelope), to be mailed to this Court via U.S. Mail. My unit does not currently have any "E-File Document Submission Forms", according to my unit officer, so I cannot properly submit this Motion to the HDSP Law Library for submission through this Court's E-Filing program. I declare under penalty of perjury that the foregoing is true and correct. EXECUTED: 6-7-2022

Julius Bradford

**ORDER**

For good cause shown, IT IS ORDERED that ECF No. 54 is GRANTED.

IT IS SO ORDERED
DATED: 9:27 pm, June 13, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

(3)

